UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
01 DEC 20 AM 10:08
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

STEVEN M. TUCCI, )
an individual, )
 )
      Plaintiff, )
 )
vs. )  Case No.: 8:00CV785-T-17E
 )  **Judge:** Elizabeth A. Kovachevich
SMOOTHIE KING FRANCHISES, INC., )  **Magistrate:** Thomas B. McCoun III
a Louisiana corporation, and **NICOLE** )
**SKAGGS**, an individual, )
 )
      Defendants. )
_____/

## SMOOTHIE KING'S MOTION TO DISMISS

Defendant, Smoothie King Franchises, Inc. ("**Smoothie King**"), pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, moves to dismiss Plaintiff's Complaint for failure to state a cause of action upon which relief can be granted and for failure to plead fraud with particularity, and says:

1.    Plaintiff attempts to set forth antitrust and intentional tort claims against Smoothie King arising out of Smoothie King's threatened enforcement of a notarized instrument that Plaintiff contends bears his forged signature.

2.    The Complaint fails to state a cause of action upon which relief can be granted for an antitrust violation (Counts I & II), tortious interference with business relations (Count III), conspiracy to defraud (Count IV) and intentional infliction of emotional distress (Count V), and fails to allege, with specificity, the fraud claimed in Count IV. Plaintiff's allegations instead reveal that Plaintiff has no possibility of ever stating a cause of action against Smoothie King for antitrust or



any of the other intentional torts alleged under identical operative facts.

3. Furthermore, Plaintiff has wrongfully brought action Smoothie King for failure to provide corporate records (Count VI); Plaintiff seeks corporate records from non-party Sarasota Sports, Inc., so the only proper party to such a claim is Sarasota Sports, Inc.

4. Plaintiff's claims against Smoothie King are devoid of merit and frivolous.

5. Smoothie King incorporates herein its Memorandum of Law in Support.

**WHEREFORE**, Defendant, Smoothie King Franchises, Inc., requests that the Court dismiss this action, with prejudice.

_____
Philip V. Martino
Florida Bar No.: 0079189
Christian C. Burden
Florida Bar No.: 0065129
**PIPER MARBURY RUDNICK & WOLFE LLP**
101 East Kennedy Boulevard
Suite 2000
Tampa, Florida 33602
813/229-2111
813/229-1447 - Fax

Norman M. Leon
Specially Admitted
**PIPER MARBURY RUDNICK & WOLFE**
203 North LaSalle Street
Suite 1800
Chicago, Illinois 60601
312/368-4000
312/236-7516 - Fax
Attorneys for Defendant
Smoothie King Franchises, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Overnight Delivery (UPS) to:

William Randolph Klein, Esquire
**W.R. KLEIN, P.A.**
1900 Main Street
Suite 310
Sarasota, Florida 34236
Attorneys for Plaintiff

Nicole N. Skaggs
3810 75th Street West, #105
Bradenton, Florida 34209
Defendant *pro se*

on this 19th of December, 2001.

_____
Attorney