UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN M. TUCCI,

    Plaintiff,

vs.               CASE NO. 8:00-CV-785-T-17TBM

SMOOTHIE KING FRANCHISES,
INC., et al.,

    Defendant.
_____/

ORDER

This cause is before the Court on the following:

Dkt. 43 Motion for Voluntary Dismissal
Dkt. 46 Response

Plaintiff seeks the voluntary dismissal without prejudice of this case as to Defendant Skaggs. Defendant Skaggs does not oppose the request, but submits the dismissal should be with prejudice, because she is a co-defendant on the same theories of recovery in the same counts.

The Court previously entered an Order granting Defendant Smoothie King's Motion to Dismiss with prejudice (Dkt. 41), finding that there were no possible federal claims, and no jurisdiction as to the state claim.

After consideration, the Court grants the Motion for Voluntary Dismissal without prejudice. According to the facts pleaded in the Complaint, Defendant Skaggs falsely witnessed Plaintiff's signature on certain documents. While there is no federal claim that can be brought, the Court is reluctant to



Case No. 8:00-CV-785-T-17TBM

preclude Plaintiff from pursuing any state claim he may have. However, in the event that Plaintiff seeks to refile in federal court, the Court will require Plaintiff to pay Defendant Skaggs' fees and costs for this case. In addition, there are sufficient protections in the Florida Rules of Court to prevent further frivolous litigation. Accordingly, it is

**ORDERED** that Plaintiff's Motion for Voluntary Dismissal without prejudice is **granted (Dkt. 43).** In the event Plaintiff seeks to refile this case in the U.S. District Court, Plaintiff shall pay Defendant Skaggs' fees and costs for this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 25th day of July, 2002.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

F I L E   C O P Y

Date Printed: 07/25/2002

Notice sent to:

    \_\_\_   William Randolph Klein, Esq.
           William Randolph Klein, P.A.
           1900 Main St., Suite 310
           P.O. Box 3016
           Sarasota, FL  34236

    \_\_\_   Nicole Skaggs
           3810 75th St., West, #105
           Bradenton, FL  34209