**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STEVEN M. TUCCI,

    Plaintiff,

vs.

SMOOTHIE KING FRANCHISES, INC.
A Louisiana Corporation, and
NICOLE SKAGGS, an individual,

    Defendants.
_____/

CASE NO.:8:00-CV-785-T-17TBM
Judge: Elizabeth A. Kovachevich
Magistrate: Thomas B. McCoun III

## NOTICE OF FILING THE DEPOSITION TRANSCRIPTS
## OF STEVEN M.TUCCI WITH ITS EXHIBITS
## IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    COMES NOW, Nicole Skaggs, Defendant Pro Se and notices the Clerk that she is filing the deposition transcripts of Steven M. Tucci with its exhibits in support of her Motion for Summary Judgment.

Respectfully submitted,

Nicole N. Skaggs, Defendant, Pro Se
3810 75th Street West, #105
Bradenton, Florida  34209
Phone 941-795-5704

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing was served via U.S. Mail to Counsel for Plaintiff, Roy W. Howard, Esquire and William Randolph Klein, Esquire, at W.R. Klein P.A. at 1900 Main Street, Suite 310, Sarasota, Florida 34236 and to Christian C. Burden, Esquire Piper, Marbury, Rudnick & Wolfe LLP at 101 East Kennedy Blvd., Suite 2000, Tampa, Florida 33602 (as a courtesy) on this the __25th__ day of __July, 2002.__

Nicole N. Skaggs, Defendant, Pro Se
3810 75th Street West, #105
Bradenton, Florida  34209
Phone 941-795-5704